USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Julio Isley Smith,

        Plaintiff,

   -against-

Janet Maypes-Rhynders., et al.,

        Defendants.
-------------------------------------------------------X

07 Civ. 11241 (PAC)(MHD)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

__X__ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

\* Do not check if already referred for general pretrial

SO ORDERED

_/s/ Paul A. Crotty_
Paul A. Crotty
United States District Judge

DATED: New York, New York
           March 10, 2008

Copy Mailed By Chambers To:

Julio Isley Smith
( # 99-A-6505)
Attica Correctional Facility
Exchange Street
Attica, NY 14011-0149