Julio Isley Smith, #99A6505
Attica Correctional Facility
Exchange Street, Box 149
Attica, New York 14011-0149

RECEIVED
SDNY PRO SE OFFICE
2008 JUL -1 A 11: 58

June 25, 2008
12:29 pm

To: Pro Se Clerk's Office
   U.S. District Court
   Southern District of New York
   U.S. Courthouse
   500 Pearl Street, Room 1670
   New York, New York 10007-1312



Re: Julio Isley Smith
       vs.
   State of New York
   07-Civ-11241

To whom it may concern:

Please be advised that this is my second missive requesting a copy of the Trial Ready Manual. According to the Manual for Pro Se Litigants appearing in this District Court, if I had been granted poor person status I can obtain a copy upon a written request.



CC: File

ENDORSED ORDER
In view of the early status of the case, this request is premature.
7/17/08

Respectfully Requested,
Julio Isley Smith
Julio Isley Smith