```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
JULIO ISLEY SMITH,
                                :
              Plaintiff,                ORDER
                                :
         -against-                 07 Civ. 11241 (PAC)(MHD)
                                :
JANET MAYPES-RHYNDERS et al.,
                                :
              Defendants.
-------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Judge Paul A. Crotty having granted defendants' motion to dismiss in part and denied it in part, it is hereby ORDERED that defendants are to serve and file an answer to plaintiff's complaint by no later than **April 20, 2009**.

DATED: New York, New York
       April 1, 2009

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mr. Julio Isley Smith
# 99-A-6505
Attica Correctional Facility
Exchange Street
P.O. Box 149
Attica, New York 14011-0149

Daniel A. Schultze, Esq.
Assistant Attorney General
   for the State of New York
120 Broadway
24th Floor
New York, New York 10271